No. 92–1574. CRAMER *v.* PENA, SECRETARY OF TRANSPORTATION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1586. DEAN WITTER REYNOLDS, INC. *v.* HARRISON ET AL.; and
No. 92–1740. HARRISON ET AL. *v.* DEAN WITTER REYNOLDS, INC. C. A. 7th Cir. Certiorari denied.

No. 92–1610. LONGO *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–1616. LOCAL 32B–32J, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–1617. CATAWBA INDIAN TRIBE OF SOUTH CAROLINA *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 92–1621. PAYNE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–1622. O'NEILL ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 92–1635. LOUISVILLE AND JEFFERSON COUNTY METROPOLITAN SEWER DISTRICT *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–1640. AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES ET AL. *v.* MARTINEZ ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1642. MOOREHOUSE *v.* GRAND RIVER DAM AUTHORITY ET AL. C. A. 10th Cir. Certiorari denied.